IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CONRAD V. SALAZAR,**

    **Plaintiff,**

**v.**                                                                                                                    **No. 13-cv-0002 LH/SMV**

**FNU MENDOZA, FNU OCHOA,
SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**

    **Defendants.**

## ORDER TO PRESERVE EVIDENCE

THIS MATTER is before the Court on Plaintiff Conrad V. Salazar's request for preservation of video evidence, contained in his October 6, 2014 filing.[1] [Doc. 26] at 21–24. Plaintiff's Amended Complaint and Supplement [Docs. 22 and 26] raises several claims arising from an alleged incident in which Defendants Ochoa, Jaquez, Mendoza, Ontiveros removed a surface piercing on Plaintiff's neck. Plaintiff alleges that the security cameras in the Medical Area of Otero County Prison Facility support his allegations, and Plaintiff requests that the Court order Defendants to preserve the video recordings. [Doc. 26] at 21–24. The Court will require Defendants to preserve any videotape or other evidence in their possession that depicts the events raised in Plaintiff's claims.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants are required to preserve any videotape or other evidence in their possession that depicts the events raised in Plaintiff's Amended Complaint and Supplement [Docs. 22 and 26].

---

[1] At all times relevant to this suit, Plaintiff has been incarcerated and proceeding pro se and in forma pauperis. [Doc. 5]; [Doc. 22] at 5.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**