IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CONRAD V. SALAZAR,**

    **Plaintiff,**

**v.**                                                                                                          **No. 13-cv-0002 LH/SMV**

**FNU MENDOZA, FNU OCHOA,**
**SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**

    **Defendants.**

### ORDER GRANTING MOTION FOR INFORMATION
### AND DIRECTING CLERK TO SEND PLAINTIFF CERTAIN DOCUMENTS

THIS MATTER is before the Court on Plaintiff Conrad V. Salazar's[1] Motion Request for Information ("Motion"), [Doc. 33] at 3–4, filed on January 2, 2015, along with a Notice of Change of Address. Plaintiff explains that he was transferred to a mental health facility in November, 2014, and was unable to file a notice of change of address sooner. [Doc. 33] at 2. Plaintiff requests copies of all motions filed since September of 2014, as well as a complete copy of the docket, the names and addresses of defense counsel, and two copies of the instant Motion [Doc. 33]. The Court will grant Plaintiff's request as further described herein.

Generally, requests for records must be made to the Records Section at the U.S. District Court Clerk's Office. Requests should include the following information: Case number, case caption, document number (if applicable), and number of copies requested. The Records Section

---

[1] At all times relevant to this suit, Plaintiff has been incarcerated and proceeding pro se and in forma pauperis. [Doc. 5]; [Doc. 22] at 5.

will then contact the party requesting records and notify the party as to the cost and when the copies will be ready.

The Court will grant Plaintiff's Motion for copies of motions and a copy of the docket at this time, and the Court will direct the Clerk to send the copies to Plaintiff.  **However, all future requests must be made to the Records Section.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion, [Doc. 33] at 3–4, is **GRANTED**.  The Clerk is **DIRECTED** to send the following to Plaintiff:

> One copy of Motion in Response to Memorandum and Motion for Leave to Amend Complaint [Doc. 26];
>
> One copy of Defendants' Answer to Inmate Petition [Doc. 29];
>
> One copy each of Motion for Tolling [Doc. 27] and Supplement [Doc. 31];
>
> Two copies Notice of Change of Address and Motion . . . for Information [Doc. 33];
>
> One copy of the docket, which contains the requested information as to Defendants' counsel.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**