IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CONRAD V. SALAZAR,**

    **Plaintiff,**

v.                                               No. 13-cv-0002 RB/SMV

**FNU MENDOZA, FNU OCHOA,
SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**[1]

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The record reflects that a recent mailing to Plaintiff was returned undelivered, and the record contains no new address for him. *See* [Doc. 44] (mail to Plaintiff containing [Docs. 42, 43] returned, bearing a notification that Plaintiff is "Not At This Address").

It appears that Plaintiff has changed his address without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, and has therefore severed contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), he will be required to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, within **21 days** of entry of this Order, Plaintiff shall file a response showing cause why his Complaint

---

[1] The captions in this case on all future pleadings shall have the caption used above. The above caption reflects the Defendants named in the Amended Complaint [Doc. 22], the dismissal of Defendant John Heftley on September 16, 2014, *see* [Doc. 25], and the substitution of Defendant Benjamin Ontiveros for Nurse John Doe, *see* [Doc. 37].

should not be dismissed.  The Clerk is **DIRECTED** to send a copy of this Order to Plaintiff, in care of Amelia S. Vasquez, at: P.O. Box 892, Mesilla Park, New Mexico 88047.

    **IT IS SO ORDERED**.

                                          **STEPHAN M. VIDMAR**
                                          **United States Magistrate Judge**