IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CONRAD V. SALAZAR,**

    **Plaintiff,**

**v.**                                    No. 13-cv-0002 LH/SMV

**FNU MENDOZA, FNU OCHOA,
SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**

    **Defendants.**

### ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES OF CERTAIN DOCUMENTS AND DIRECTING CLERK TO SEND CERTAIN DOCUMENTS TO PLAINTIFF

THIS MATTER is before the Court on Plaintiff Conrad V. Salazar's[1] motion for copies of certain documents, [Doc. 46] at 12–13, filed August 17, 2015. Plaintiff requests that the Court send him copies of documents numbered 28 through 44.[2] The Court will grant Plaintiff's request as further described herein.

As the Court has previously admonished Plaintiff, *see* [Doc. 39], requests for records generally must be made to the Records Section at the U.S. District Court Clerk's Office. Requests should include the following information: Case number, case caption, document number (if applicable), and number of copies requested. The Records Section will then contact the party requesting records and notify the party as to the cost and when the copies will be ready. The Court will grant Plaintiff's motion for copies of certain documents this time, and the Court

---

[1] At all times relevant to this suit, Plaintiff has been incarcerated and proceeding pro se and in forma pauperis. [Doc. 5]; [Doc. 22] at 5.

[2] The Court has already granted Plaintiff's request for copies of certain filings once before. *See* [Doc. 39].

will direct the Clerk to send the copies to Plaintiff. **However, all future requests must be made to the Records Section.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for copies of certain documents, [Doc. 46] at 12–13, is **GRANTED**. The Clerk is **DIRECTED** to send one copy each of the following to Plaintiff:

Entry of Appearance [Doc. 28];

Defendants' Answer to Inmate Petition [Doc. 29];

Motion to Supplement . . . Motion for Tolling [Doc. 31];

Notice of Change of Address and Motion . . . for Information [Doc. 33];

Order of Reference [Doc. 36];

Order Granting Motion for Leave to File a Second Amended Complaint [Doc. 37];

Order to Preserve Evidence [Doc. 38];

Order Granting Motion for Information and Directing Clerk to Send Plaintiff Certain Documents [Doc. 39];

Defendant's Answer to Inmate Petition [Doc. 40];

Notice of Change of Address [Doc. 43];

Notice of Mail Returned as Undeliverable [Doc. 44];

Copy of the docket, which contains the text-only entries of [Docs. 30, 32, 34, 35, 41, and 42].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**