**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CONRAD V. SALAZAR,**

     **Plaintiff,**

**v.**                                                **No. 13-cv-0002 LH/SMV**

**FNU MENDOZA, FNU OCHOA,**
**SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**

     **Defendants.**

**ORDER ON PLAINTIFF'S PENDING REQUESTS**

THIS MATTER is before the Court on Plaintiff's miscellaneous pending requests.

Plaintiff requests a 45-day extension to respond to Defendants' Motion for Summary Judgment [Doc. 54]. *See* [Doc. 55-1] at 20. Defendants oppose this request. *See* [Doc. 58]. No further response is required for the Court's ruling. Plaintiff's request for an extension is therefore DENIED.

Plaintiff requests production of (a) "video security camera footage," (b) "the order form purchasing the wire cutters at issue in this case . . . and ... the receipt for autoclave," (c) "medical records of other ... piercing(s) removals," and (d) records related to other inmates that have piercings." [Doc. 55] at 4–7. Defendants oppose this request. *See* [Doc. 59]. The Court has not permitted discovery in this case. *See* D.N.M.LR-Civ. 16.3(d) (discovery requires leave of Court in petitions brought by prisoners). Besides, the materials requests are not relevant to any claim or defense in this case and would not assist the Court in ruling on the merits. *See* Fed. R. Civ. P. 26(b)(1). Plaintiff's request is therefore DENIED.

2

Plaintiff's Motion for a Status Report [Doc. 61] is GRANTED to the extent that Plaintiff requests a copy of the docket sheet, and DENIED in all other respects. The Clerk is hereby directed to to forward a copy of the docket sheet to Plaintiff at his listed address in Tucson, Arizona.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**