**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CONRAD V. SALAZAR,**

    **Plaintiff,**

**v.**                                                                                                CIV No. 13-0002 LH/SMV

**FNU MENDOZA, FNU OCHOA,
SGT. JAQUEZ, and BENJAMIN ONTIVEROS,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 62] ("PF&RD"), filed on March 21, 2016. On reference by the undersigned [Doc. 36], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Defendants were entitled to summary judgment on Plaintiff's federal claims and recommended that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. [Doc. 62] at 5, 10. No parties have filed objections to the PF&RD, and the time for doing so has passed. *See id.* at 10 (giving notice that objections were due within 14 days of the filing of the PF&FD). Therefore, the Court will adopt the PF&RD, grant Defendants' Motion for Summary Judgment [Doc. 54], and decline to exercise supplemental jurisdiction over the state law claims.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 62] is **ADOPTED,**

Defendants' Motion for Summary Judgment [Doc. 54] is **GRANTED**, and Plaintiff's federal claims are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

_____
SENIOR UNITED STATES DISTRICT JUDGE